UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFERY L. GERMAIN,

                Plaintiff,

-vs-                                    Case No. 6:08-cv-497-Orl-28GJK

DAYTONA BEACH HOUSING
AUTHORITY, et al.,

                Defendants.

---

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) filed April 24, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Plaintiff's Motion to Continue filed at docket entry number 10, which the Court interprets as Plaintiff's objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 28, 2008 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED**.

3. The Complaint is dismissed. Plaintiff may file an Amended Complaint that meets the requirements set forth in the Report and Recommendation (Doc. 9) no later than

June 30, 2008. Failure to file an Amended Complaint within the time allowed and that fails to meet the requirements set forth in the Report and Recommendation will result in the dismissal of this action without further notice.

3. The Motion to Appoint Counsel (Doc. No. 3), Motion for Summary Judgment (Doc. No. 5), Motion for Pretrial Conference (Doc. No. 7), Motion for Leave to Proceed in Forma Pauperis (Doc. No 8), and Motion to Continue (Doc. No. 10) are **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ⎯⎯11⎯⎯ day of June, 2008.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party